UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SARAH R. NOVO,

       Plaintiff,

  v.

CITY OF SACRAMENTO,
ANGELIQUE ASHBY,

       Defendants.

NO. CIV. S-13-0521 LKK/AC

O R D E R

On March 15, 2013, plaintiff Sarah R. Novo filed her initial complaint herein against defendants Angelique Ashby and City of Sacramento. Defendants now move to dismiss and to strike portions of the complaint pursuant to Federal Rule of Civil Procedure 12. A hearing on these motions is currently scheduled for June 17, 2013. (ECF No. 6.)

On June 3, 2013, plaintiff filed a document entitled "Response," and on June 4, 2013, an amendment to this "Response." (ECF Nos. 9, 10.) These filings include a belated attachment to the complaint, purport to dismiss a claim against defendant City, and contain some legal argument in opposition to defendants' motions.

1

1  Local Rule 220 provides:

2  Unless prior approval to the contrary is obtained from the Court, every pleading to which an amendment or
3  supplement is permitted . . . shall be retyped and filed so that it is complete in itself without reference to
4  the prior or superseded pleading. No pleading shall be deemed amended or supplemented until this Rule has been
5  complied with. All changed pleadings shall contain copies of all exhibits referred to in the changed
6  pleading.

7  While the time to file an amended complaint as a matter of course
8  under Federal Rule of Civil Procedure 15 has expired, it appears
9  that portions of plaintiff's "Response" are germane to the issues
10 raised in defendants' motions. Accordingly, the court will grant
11 plaintiff leave to file an amended complaint, and will forego
12 ruling on defendants' motions. Defendants may renew their motions,
13 if they wish, after plaintiff files the amended complaint.

14  The court hereby ORDERS as follows:

15  1. Plaintiff is GRANTED leave to file a First Amended
16 Complaint no later than seven (7) days after entry of this order.
17 Defendants are to file responsive pleadings or motions thereto
18 within the times provided for by the Federal Rules of Civil
19 Procedure.

20  2. The hearing on defendants' motion to dismiss and motion to
21 strike, currently set for June 17, 2013 at 10:00 a.m., is hereby
22 VACATED.

23  IT IS SO ORDERED.

24  DATED: June 7, 2013.

25  /s/ Lawrence K. Karlton
    LAWRENCE K. KARLTON
    SENIOR JUDGE
26  UNITED STATES DISTRICT COURT

2