UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SARAH R. NOVO,

        NO. CIV. S-13-0521 LKK/AC

    Plaintiff,

   v.

        O R D E R

CITY OF SACRAMENTO,
ANGELIQUE ASHBY,

    Defendants.
_____/

On March 15, 2013, plaintiff Sarah R. Novo filed her initial complaint herein against defendants Angelique Ashby and City of Sacramento. Defendants now move to dismiss and to strike portions of the complaint pursuant to Federal Rule of Civil Procedure 12. A hearing on these motions is currently scheduled for June 17, 2013. (ECF No. 6.)

On June 3, 2013, plaintiff filed a document entitled "Response," and on June 4, 2013, an amendment to this "Response." (ECF Nos. 9, 10.) These filings include a belated attachment to the complaint, purport to dismiss a claim against defendant City, and contain some legal argument in opposition to defendants' motions.

1

1    Local Rule 220 provides:

2    Unless prior approval to the contrary is obtained from
     the Court, every pleading to which an amendment or
3    supplement is permitted . . . shall be retyped and filed
     so that it is complete in itself without reference to
4    the prior or superseded pleading. No pleading shall be
     deemed amended or supplemented until this Rule has been
5    complied with. All changed pleadings shall contain
     copies of all exhibits referred to in the changed
6    pleading.

7  While the time to file an amended complaint as a matter of course

8  under Federal Rule of Civil Procedure 15 has expired, it appears

9  that portions of plaintiff's "Response" are germane to the issues

10 raised in defendants' motions. Accordingly, the court will grant

11 plaintiff leave to file an amended complaint, and will forego

12 ruling on defendants' motions. Defendants may renew their motions,

13 if they wish, after plaintiff files the amended complaint.

14     The court hereby ORDERS as follows:

15     1. Plaintiff is GRANTED leave to file a First Amended

16 Complaint no later than seven (7) days after entry of this order.

17 Defendants are to file responsive pleadings or motions thereto

18 within the times provided for by the Federal Rules of Civil

19 Procedure.

20     2. The hearing on defendants' motion to dismiss and motion to

21 strike, currently set for June 17, 2013 at 10:00 a.m., is hereby

22 VACATED.

23     IT IS SO ORDERED.

24     DATED: June 7, 2013.

25                                    LAWRENCE K. KARLTON
                                      SENIOR JUDGE
26                                    UNITED STATES DISTRICT COURT

2