UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SARAH R. NOVO,

        NO. CIV. S-13-0521 LKK/AC

    Plaintiff,

  v.

        O R D E R

CITY OF SACRAMENTO, ANGELIQUE ASHBY,

    Defendants.
_____/

    A hearing on Defendant Angelique Ashby's Motion to Strike, ECF No. 16, is currently scheduled for July 29, 2013. Pursuant to Eastern District of California Local Rule 230(c) (2013), Plaintiff Sarah R. Novo's opposition or statement of non-opposition was due on July 15, 2013. Plaintiff has not filed an opposition or a statement of non-opposition.

    Accordingly, the court ORDERS as follows:

        [1] The hearing on Defendant's Motion to Strike, ECF No. 16, is CONTINUED to August 12, 2013 at 10:00 a.m.

        [2] Plaintiff SHALL file an opposition or statement of non-opposition no later than July 29, 2013. Defendant

1

1  MAY file a reply no later than August 5, 2013.
2  [3] Counsel for Plaintiff is ORDERED to SHOW CAUSE in
3  writing as to why sanctions should not issue in
4  accordance with Eastern District of California Local
5  Rule 110 (2013), including a fine of $150 or judgment
6  for Defendants.  Counsel for Plaintiff SHALL file a
7  response to this order to show cause within seven (7)
8  days of the issuance of this order.
9  IT IS SO ORDERED.
10 DATED:  July 18, 2013.

```
                            /s/ Lawrence K. Karlton
                            _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```