1

2

3

4

5

6

7              UNITED STATES DISTRICT COURT

8         FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   SARAH R. NOVO,
                                    NO. CIV. S-13-0521 LKK/AC
11              Plaintiff,

12       v.
                                    O R D E R
13   CITY OF SACRAMENTO,
     ANGELIQUE ASHBY,
14
                Defendants.
15   _____/

16       Defendant Angelique Ashby's Motion to Strike, ECF No. 16, is

17   pending before the court.  Defendant "moves to strike any reference

18   to the CFRA [California Family Rights Act] in the Fourth Claim for

19   Relief as it pertains to her because she is not an 'employer' as

20   that term is defined within the CFRA."  Def's Mot., ECF No. 16,

21   Att. 1, at 3.

22       On July 19, 2013, this court ordered counsel for Plaintiff to

23   show cause in writing as to why sanctions should not issue, in

24   accordance with Eastern District of California Local Rule 110

25   (2013), for counsel's failure to file an opposition or a statement

26   of non-opposition to Defendant's motion.

1

1    On July 25, 2013, Plaintiff filed a statement of non-

2  opposition to the granting of Defendant's motion to strike.  Pl's

3  Resp., ECF No. 20.  Plaintiff does not object to Defendant's motion

4  to strike Plaintiff's Fourth Claim for Relief for Defendant Ashby's

5  "retaliation against the plaintiff for requesting CFRA leave," but

6  notes that "Plaintiff's claim against Ashby for retaliation under

7  FMLA [Family Medical Leave Act] remains within the Amended

8  Complaint, Fourth Claim for Relief."  Id. at 1.

9    In response to the court's order to show cause, Plaintiff's

10 counsel admitted that he was at fault for "fail[ing] to calendar

11 this motion," which "result[ed] in this unfortunate circumstance

12 for the Court."  Pl's Resp., ECF No. 21, at 1-2.

13   Accordingly, the court ORDERS as follows:

14 [1]  Defendant's motion to strike Plaintiff's Fourth Claim

15      for Relief, ECF No. 16, is GRANTED, only insofar as it

16      presents a retaliation claim against Defendant Ashby

17      pursuant to the CFRA.

18 [2]  The hearing on Defendant's motion to strike, currently

19      set for August 12, 2013, is VACATED.

20 [3]  Plaintiff's counsel is SANCTIONED in the amount of one

21      hundred and fifty dollars ($150).  This sum shall be

22      paid to the Clerk of the Court no later than thirty (30)

23      days from the date of this order.

24 [4]  Counsel for Plaintiff SHALL file an affidavit

25      accompanying the payment of this sanctions which states

26      that it is paid personally by counsel, out of personal

1    funds, and is not and will not be billed, directly or

2    indirectly, to the client or any way made the

3    responsibility of the client as attorneys' fees or

4    costs.

5   IT IS SO ORDERED.

6   DATED:  July 29, 2013.

7

8

9   _____

10   LAWRENCE K. KARLTON
    SENIOR JUDGE
11   UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26