JAMES SANCHEZ, City Attorney (SBN 116356)
**BRETT M. WITTER, Supervising Deputy City Attorney (SBN 168340)**
BWitter@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for the CITY OF SACRAMENTO
and ANGELIQUE ASHBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH R. NOVO<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, ANGELIQUE ASHBY<br><br>    Defendants. | Case No.:  2:13-CV-00521-MCE-AC<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL** |

IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, that the trial date presently set for September 26, 2016, at 9:00 a.m., before the Honorable Morrison C. England, Jr. be continued to March 27, 2017, at 9:00 a.m.

The reason for this request is that the Court has also confirmed that a second trial is set to begin on September 26, 2016, in the matter of U.S. v. Davenport before the Honorable Morrison C. England, Jr. The Court has provided alternate dates for trial in an effort to resolve this calendar conflict.

Therefore, the parties respectfully request that the Court continue the current trial date to March 27, 2017, at 9:00 a.m.

///

DATED: August 2, 2016         Respectfully submitted,

HIBBITT TARBEL & KOEHLER

BY:   /s/ ROBERT F. KOEHLER
**ROBERT F. KOEHLER**
Attorney for Plaintiff

DATED: August 2, 2016         JAMES SANCHEZ
City Attorney

BY:   /s/ BRETT M. WITTER
**BRETT M. WITTER**
Supervising Deputy City Attorney
Attorneys for Defendants

STIPULATION AND ORDER TO CONTINUE TRIAL

<u>ORDER</u>

The trial date, presently scheduled for September 26, 2016, be vacated and continued to March 27, 2017, at 9:00 a.m., before Judge Morrison C. England, Jr.

IT IS SO ORDERED.

Dated:  August 8, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE TRIAL