JAMES SANCHEZ, City Attorney (SBN 116356)
**BRETT M. WITTER, Supervising Deputy City Attorney (SBN 168340)**
BWitter@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for the CITY OF SACRAMENTO
and ANGELIQUE ASHBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH R. NOVO<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, ANGELIQUE ASHBY<br><br>        Defendants. | Case No.: 2:13-cv-00521-MCE-AC<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL** |

    IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, that the trial date presently set for September 26, 2016, at 9:00 a.m., before the Honorable Morrison C. England, Jr. be continued to March 27, 2017, at 9:00 a.m.

    The reason for this request is that the Court has also confirmed that a second trial is set to begin on September 26, 2016, in the matter of U.S. v. Davenport before the Honorable Morrison C. England, Jr. The Court has provided alternate dates for trial in an effort to resolve this calendar conflict.

    Therefore, the parties respectfully request that the Court continue the current trial date to March 27, 2017, at 9:00 a.m.

///

DATED:  August 2, 2016            Respectfully submitted,

                                            HIBBITT TARBEL & KOEHLER

                                            BY:   /s/ ROBERT F. KOEHLER
                                                  **ROBERT F. KOEHLER**
                                                  Attorney for Plaintiff

DATED:  August 2, 2016            JAMES SANCHEZ
                                            City Attorney

                                            BY:   /s/ BRETT M. WITTER
                                                  **BRETT M. WITTER**
                                                  Supervising Deputy City Attorney
                                                  Attorneys for Defendants

<u>ORDER</u>

    In accordance with the foregoing stipulation, and good cause appearing, the trial date int his matter, presently scheduled for September 26, 2016, is vacated and continued to March 27, 2017, at 9:00 a.m., before Judge Morrison C. England, Jr.  The parties are required to **file electronically** a joint request to the Courtroom Deputy Clerk, Stephanie Deutsch, by **February 27, 2017,** if they wish to reserve and arrange for orientation with all parties on the Court's mobile audio/visual equipment for presentation of evidence. There will be one date and time for such orientation.  Counsel are further ordered to email Stephanie Deutsch, Courtroom Deputy Clerk, at mceorders@caed.uscourts.gov, or call at (916) 930-4207, by **March 13, 2017,** to ascertain the status of the trial date.  All other due dates set forth in the Court's Final Pretrial Order (ECF No. 90) remain unchanged and are confirmed.

    IT IS SO ORDERED.
Dated: August 9, 2016

                                                  MORRISON C. ENGLAND, JR
                                                  UNITED STATES DISTRICT JUDGE