ROBERT F. KOEHLER, JR.  SBN 80278
HIBBITT TARBELL & KOEHLER
331 "J" Street, Suite 200
Sacramento, CA 95814-2220
916-446-7858;
Email: HTKbob@sbcglobal.net

Attorney for Sarah R. Novo, Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH R. NOVO,<br>            Plaintiff,<br><br>    v.<br><br>CITY OF SACRAMENTO, ANGELIQUE ASHBY,<br>            Defendants. | ) Case No.: 2:13-CV-00521-MCE-AC<br>)<br>)<br>)<br>) **STIPULATION AND ORDER TO**<br>) **EXTEND DUE DATE FOR FILING THE**<br>) **JOINT STATEMENT OF DISPUTED AND**<br>) **UNDISPUTED FACTS AND PLAINTIFF'S**<br>) **EXHIBIT LIST**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The parties, Plaintiff Sarah R. Novo ("Plaintiff") and Defendants City of Sacramento and Angelique Ashby ("Defendants"), through their respective attorneys of record, hereby move the court for a 14 day extension to file the Joint Statement of Disputed and Undisputed Facts and Plaintiff's Exhibit List.  Currently, the deadline set by the Court is September 1, 2016.

The reason for this request is that Plaintiff's counsel's health has deteriorated significantly this past weekend.  Counsel Robert F. Koehler Jr. suffers from Wegner's

Disease and has recently relapsed.  If left untreated, Mr. Koehler may suffer

permanent kidney damage.  His doctors have advised him to have a Rituxan

(rituximab) infusion as early as possible based on his recent lab reports.  The

infusion has been moved up to August 31, 2016.  Given this unexpected health

crisis, plaintiff is unable to complete her Joint Statement of Disputed and

Undisputed Facts or her Exhibit List by September 1, 2016.  (Please see attached

letter from Dr. David Lehman dated August 30, 2016.)  Without plaintiff's input, the

parties cannot file a Joint Statement of Disputed and Undisputed Issues by the court

ordered deadline of September 1, 2016.

Therefore, the parties respectfully request that the Court extend the current

deadline to September 15, 2016.

SO STIPULATED.  DATED:  August 31, 2016                Respectfully submitted,


HIBBITT TARBEL & KOEHLER


BY:   /s/ ROBERT F. KOEHLER

**ROBERT F. KOEHLER**
Attorney for Plaintiff

DATED:  August 31, 2016          KATHLEEN T. ROGAN
City Attorney


BY:   /s/ KATHLEEN T. ROGAN

**KATHLEEN T. ROGAN**
Senior Deputy City Attorney
Attorneys for Defendants

**ORDER**

In accordance with the foregoing stipulation, and good cause appearing, the deadline for filing the Joint Statement of Disputed and Undisputed Facts and Plaintiff's Exhibit Lis is hereby extended from September 1, 2016 to September 15, 2016.

IT IS SO ORDERED.

Dated: September 1, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE