JAMES SANCHEZ, City Attorney (SBN 116356)
**KATHLEEN T. ROGAN, Senior Deputy City Attorney (SBN 186055)**
KRogan@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for Defendants CITY OF SACRAMENTO and
ANGELIQUE ASHBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH R. NOVO,<br><br>             Plaintiff,<br><br>      vs.<br><br>CITY OF SACRAMENTO: ANGELIQUE ASHBY,<br><br>             Defendants. | Case No.:  2:13-cv-00521-MCE-AC<br><br>**ORDER RE DISMISSAL OF DEFENDANT ANGELIQUE ASHBY** |

   In accordance with the parties' stipulation and good cause appearing, Defendant ANGELIQUE ASHBY is hereby dismissed from this action, with prejudice, in exchange for a waiver of costs.

   IT IS SO ORDERED.

Dated:  March 17, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE