JAMES SANCHEZ, City Attorney (SBN 116356)
**KATHLEEN T. ROGAN, Senior Deputy City Attorney (SBN 186055)**
KRogan@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH R. NOVO,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO: ANGELIQUE ASHBY,<br><br>  Defendants. | Case No.: 2:13-cv-00521-MCE-AC<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR LEAVE TO CALL A WITNESS IN PLAINTIFF'S CASE IN CHIEF OR, IN THE ALTERNATIVE TO CONTINUE THE TRIAL DATE**<br><br>Date:        March 27, 2017<br>Time:        9:00 a.m.<br>Courtroom:   8 |

Having considered Defendant CITY OF SACRAMENTO's *Ex Parte* Application for Leave to Call a Witness in Plaintiff's Case in Chief or, in the Alternative, to Continue the Trial Date, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant may call Michelle Kille to testify at 3:00 p.m. on March 29, 2017.  If plaintiff has not rested, any time used by Ms. Kille's testimony will be refunded to plaintiff's case in chief on the next court day.

IT IS SO ORDERED.

Dated:  March 23, 2017

*[signature]*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
ORDER

610263