

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH R. NOVO,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO,<br><br>        Defendant. | No. 2:13-cv-00521-MCE-AC<br><br>**VERDICT FORM** |

We, the jury, unanimously, find as follows:

1. Did Plaintiff Sarah Novo prove by a preponderance of the evidence that her husband, Nick Novo, suffered from shortness of breath, coughing and respiratory distress while Plaintiff was an employee of the City of Sacramento?

    Yes __✓__    No_____

If you answered yes to question 1, then answer question 2. If you answered no to question 1, answer no further questions, and have the jury foreperson sign and date this form.

2. Did Plaintiff prove by a preponderance of the evidence that Nick Novo suffered from a serious health condition or a chronic serious health condition?

Yes __✓__   No _____

If your answer to question 2 is yes, then answer question 3. If you answered no to question 2, answer no further questions, and have the jury foreperson sign and date this form.

3. Did Plaintiff prove by a preponderance of the evidence that she took time off from her City employment in February or March 2012 to care for Nick Novo?

Yes __✓__   No _____

If your answer to question 3 is yes, then answer question 4. If you answered no to question 3, answer no further questions, and have the jury foreperson sign and date this form.

4. Did Sarah Novo prove by a preponderance of the evidence that she provided, prior to her termination, appropriate notice to the City of Sacramento of her need to take family medical leave to care for Nick Novo?

Yes _____   No __✓__

If your answer to question 4 is yes, then answer question 5. If you answered no to question 4, proceed to question 8.

5. Did Plaintiff prove by a preponderance of the evidence that the City of Sacramento failed to notify Sarah Novo of her right to family medical leave within five business days after learning that Sarah Novo might qualify for family medical leave?

Yes_____   No_____

If your answer to question 5 is yes, then answer question 6. If you answered no to question 5, proceed to question 8.

6. Were there any extenuating circumstances preventing the City of Sacramento from notifying Sarah Novo of her eligibility for FMLA leave?

Yes_____   No_____

If your answer to question 6 is no, then answer question 7. If you answered yes to question 6, proceed to question 8.

7. Has Plaintiff proven by a preponderance of the evidence that the City of Sacramento's failure to inform Sarah Novo of her right to family medical leave was a substantial factor in causing harm to Sarah Novo?

Yes_____   No_____

8. Did the City of Sacramento interfere with Sarah Novo's right to family medical leave by terminating her?

Yes_____   No__✓__

If you answered yes to either question 7 or question 8, or both, then answer question 9. If you answered no to either questions 7 or 8, answer no further questions, and have the jury foreperson sign and date this form.

3

9. What are Sarah Novo's damages?

Past economic loss:

| | |
|---|---|
| Lost earnings | $_____ |
| Other past economic loss | $_____ |
| **TOTAL:** | $_____ |

DATED: 4/4/17                              _____
                                            JURY FOREPERSON