# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**SARAH R. NOVO,**

      v.

CASE NO: **2:13–CV–00521–MCE–AC**

**CITY OF SACRAMENTO, ET AL.,**

**XX** –– **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 4/4/17**

                                                  **Marianne Matherly**
                                                  Clerk of Court

ENTERED: **April 5, 2017**

                                      by: /s/ H. Kaminski
                                               Deputy Clerk